B1 (Official Form 1) (04/13)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>JJC III, LLC | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>DBA Sir Speedy | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>20-2228616 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>6537 Cermak<br>Berwyn, IL 60402    ZIP CODE 60402-0000 | Street Address of Joint Debtor (No. & Street, City, and State):    ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Cook | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):    ZIP CODE | Mailing Address of Joint Debtor (if different from street address):    ZIP CODE |

Location of Principal Assets of Business Debtor (if different from street address above):

**Type of Debtor**
(Form of Organization)
(Check one box.)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter).

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

B1 (Official Form 1) (04/13)                                                                                                    Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>*JJC III, LLC* |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed:  - None - | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br>X _____<br>   Signature of Attorney for Debtor(s)       (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

---

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

   ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

   ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

---

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

   ☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

   ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

   ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

---

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

   ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

       _____<br>
       (Name of landlord that obtained judgment)

       _____<br>
       (Address of landlord)

   ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

   ☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

   ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | JJC III, LLC |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X /s/ Allen J. Guon
_____
Signature of Attorney for Debtor(s)
Allen J. Guon 6244526
Printed Name of Attorney for Debtor(s)
Shaw Fishman Glantz & Towbin LLC
Firm Name
321 N. Clark Street
Suite 800
Chicago, IL 60654
Address

312-541-0151 Fax:312-980-3888
Telephone Number
9/18/2014
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X

/s/ Ernest C. Pirtle, Trustee
_____
Signature of Authorized Individual
Ernest C. Pirtle, Trustee of the Ernest C. Pirtle Declaration of Trust
Printed Name of Authorized Individual
as Trustee of the Member
Title of Authorized Individual
9/18/2014
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

B6 Summary (Form 6 - Summary)  (12/13)

# United States Bankruptcy Court
### Northern District of Illinois

In re    JJC III, LLC _____    Case No. _____

Debtor(s)                Chapter    7 _____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7,11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $0.00 | | |
| B - Personal Property | Yes | 3 | $8,771.68 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 22 | | $51,656.65 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | $N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | $N/A |
| **TOTAL** | | 31 | $8,771.68 | $51,656.65 | |

Form 6 - Statistical Summary (12/13)

# United States Bankruptcy Court
## Northern District of Illinois

In re   JJC III, LLC                                                        Case No.                           

                                        Debtor(s)            Chapter    7

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☒ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| TOTAL | $ |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | $ |
| Average Expenses (from Schedule J, Line 22) | $ |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | $ |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

B6A (Official Form 6A) (12/07)

.

In re    JJC III, LLC _____,    Case No. _____

Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| None | | | | |

| | Sub-Total > | 0.00 | (Total of this page) |
|---|---|---|---|
| | Total > | 0.00 | |

___0___ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re   JJC III, LLC                                                                          ,   Case No. _____
                                         Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Republic Bank of Chicago (formerly AztecAmerican Bank) Account no. 1859 | - | 7,256.68 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >        7,256.68
(Total of this page)

__2__   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    JJC III, LLC                                              ,    Case No. _____
                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >                0.00
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    JJC III, LLC                                                    ,        Case No. _____
                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >            0.00
(Total of this page)

Total >         7,256.68

Sheet   2   of   2   continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re    JJC III, LLC _____,    Case No. _____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| __0__ continuation sheets attached | | | | | | Subtotal (Total of this page) | | |
| | | | | | | Total (Report on Summary of Schedules) | 0.00 | 0.00 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6E (Official Form 6E) (4/13)

.

In re  ___JJC III, LLC_____,    Case No. _____
                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____1_____  continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re    JJC III, LLC                                                    ,    Case No. _____
                              Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Notice purposes only | | | | | | |
| Illinois Department of Revenue Bankrupcty Section PO Box 64338 Chicago, IL 60644-0338 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | Notice purposes only | | | | | | |
| Internal Revenue Service PO Box 7346 Philadelphia, PA 19101-7346 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet  1  of  1  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 | |
|---|---|---|---|
| | (Total of this page) | 0.00 | 0.00 |
| | Total | 0.00 | |
| | (Report on Summary of Schedules) | 0.00 | 0.00 |

B6F (Official Form 6F) (12/07)

In re ___JJC III, LLC_____,     Case No. _____
                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No.<br><br>Alpha Omega Mailing Services<br>506 North Waiola<br>LaGrange Park, IL 60301 | | - | | | Notice purposes only | | | | 0.00 |
| Account No.<br><br>Americal, Inc.<br>6620 F. Street<br>Omaha, NE 68117 | | - | | | Notice purposes only | | | | 0.00 |
| Account No.<br><br>Aronberg Goldgehn Davis<br>Ned Robertson<br>One IBM Plaza #3000<br>Chicago, IL 60611 | | - | | | Notice purposes only | | | | 0.00 |
| Account No.<br><br>Arrow Messenger Service<br>1322 West Walton St<br>Chicago, IL 60602 | | - | | | trade debt | | | | 17.43 |

__21__ continuation sheets attached

                                                        Subtotal
                                              (Total of this page)     17.43

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                  S/N:23892-140908    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    JJC III, LLC                                                    , Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | trade debt | | | | |
| AT&T c/o Bankruptcy 1801 Valley View Ln Farmers Branch, TX 75234 | - | | | | | | | 395.39 |
| Account No. | | | | Notice purposes only | | | | |
| Barker Offset PO Box 862 Belvidere, IL 61008 | - | | | | | | | 0.00 |
| Account No. | | | | Notice purposes only | | | | |
| BCT Chicago 701 North Reddent Road Balavia, IL 60510 | - | | | | | | | 0.00 |
| Account No. | | | | Notice purposes only | | | | |
| BIC Graphics PO Box 406079 Atlanta, GA 30384-6079 | - | | | | | | | 0.00 |
| Account No. | | | | Notice purposes only | | | | |
| Blanks USA 8625 Xylon Court North Minneapolis, MN 00554-4518 | - | | | | | | | 0.00 |

Sheet no. __1___ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

395.39

B6F (Official Form 6F) (12/07) - Cont.

In re    JJC III, LLC
_____ ,    Case No. _____
                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Notice purposes only | | | | |
| Blue Cross Blue Shield of Illinois 25550 Network Place Chicago, IL 60673-1255 | - | | | | | | | 0.00 |
| Account No. | | | | trade debt | | | | |
| Cannon Business Solutions 15004 Collections Center Dr Chicago, IL 60693 | - | | | | | | | 4,691.25 |
| Account No. | | | | Notice purposes only | | | | |
| Canon USA, Inc. 100 Jamesburg Road P.O. 1000 Jamesburg, NJ 00863-1100 | - | | | | | | | 0.00 |
| Account No. | | | | Notice purposes only | | | | |
| Case Paper Co., Inc. 900 West 45th Street Chicago, IL 60609 | - | | | | | | | 0.00 |
| Account No. | | | | Notice purposes only | | | | |
| Chicago Office Products 9710 Industrial Drive Bridgeview, IL 60455 | - | | | | | | | 0.00 |

Sheet no. __2__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    4,691.25

B6F (Official Form 6F) (12/07) - Cont.

In re      JJC III, LLC                                                              ,      Case No. _____
                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Notice purposes only | | | | |
| Classic Impressions 468 Northdale Road Ste. B Lawrenceville, GA 30046 | - | | | | | | 0.00 |
| Account No. | | | Notice purposes only | | | | |
| ComEd 2 Lincoln Center Attn: Bankrupcy Group Oakbrook Terrace, IL 60181 | - | | | | | | 0.00 |
| Account No. | | | Notice purposes only | | | | |
| Commonwealth Edison P.O. Box 6111 Carol Stream, IL 00601-9761 | - | | | | | | 0.00 |
| Account No. | | | Notice purposes only | | | | |
| Commonwealth Edison Bill Payment Center Chicago, IL 60668-0001 | - | | | | | | 0.00 |
| Account No. | | | Notice purposes only | | | | |
| Custom Bindery 120 West Laura Drive Addison, IL 60101 | - | | | | | | 0.00 |

Sheet no. __3__ of __21__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                         0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    JJC III, LLC _____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Notice purposes only | | | | |
| Custom Bindery 120 W. Laura Drive Addison, IL 60101 | - | | | | | | | 0.00 |
| Account No. | | | | Notice purposes only | | | | |
| Custom Tabs PO Box 389 Addison, IL 60101 | - | | | | | | | 0.00 |
| Account No. | | | | Notice purposes only | | | | |
| D.A. Recht 6411 Fairfield Avenue Berwyn, IL 60402 | - | | | | | | | 0.00 |
| Account No. | | | | Notice purposes only | | | | |
| Dahlgren Buckley Dement 7224 W. 60th Street Summit, IL 60501 | - | | | | | | | 0.00 |
| Account No. | | | | Notice purposes only | | | | |
| DFS Group P.O. Box 88042 Chicago, IL | - | | | | | | | 0.00 |

Sheet no. _4_ of _21_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    JJC III, LLC _____ ,    Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>DHL, Inc.<br>P.O. Box 4723<br>Houston, TX 77210-4723 | - | | | Notice purposes only | | | | 0.00 |
| Account No.<br><br>Diamond Tag<br>100 Hankes<br>Aurora, IL 60505 | - | | | Notice purposes only | | | | 0.00 |
| Account No.<br><br>Digital Printing<br>123 Eisenhower Lane<br>Lombard, IL 60148 | - | | | Notice purposes only | | | | 0.00 |
| Account No.<br><br>Digital Printing<br>123 Eisenhower Lane<br>Lombard, IL 60148 | - | | | Notice purposes only | | | | 0.00 |
| Account No.<br><br>Discount Lables<br>4115 Profit Court<br>New Albany, IN 47150 | - | | | trade debt | | | | 65.90 |

Sheet no. __5__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

65.90

B6F (Official Form 6F) (12/07) - Cont.

In re    JJC III, LLC                                                      ,          Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | trade debt | | | | |
| Disposal Waste Services 5817 West Ogden Avenue Cicero, IL 60804 | - | | | | | | | 97.68 |
| Account No. | | | | Notice purposes only | | | | |
| Elwood Pckg. 39874 Treasury Center Chicago, IL 60694-9800 | - | | | | | | | 0.00 |
| Account No. | | | | Notice purposes only | | | | |
| Ennis Business Forms, Inc. P.O. Box 971478 Dallas, TX 75397-1478 | - | | | | | | | 0.00 |
| Account No. | | | | Loan/expense reimbursement | | | | |
| Ernest C. Pirtle 402 N Park Rd La Grange Park, IL 60526 | - | | | | | | | 5,162.56 |
| Account No. | | | | Notice purposes only | | | | |
| EXPEDEX P.O. Box 18463 Chicago, IL 60618 | - | | | | | | | 0.00 |

Sheet no. _6_ of _21_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,260.24

B6F (Official Form 6F) (12/07) - Cont.

In re    JJC III, LLC
_____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Notice purposes only | | | | |
| Expedex Stores Div. c/o PNC Bank PO Box 677312 Dallas, TX 75267-7312 | - | | | | | | | 0.00 |
| Account No. | | | | Notice purposes only | | | | |
| Express Stamp P.O. Box 445 Butler, WI 53007-0445 | - | | | | | | | 0.00 |
| Account No. | | | | Notice purposes only | | | | |
| Folder Express 11616 I Street Omaha, NE 68137-1212 | - | | | | | | | 0.00 |
| Account No. | | | | Notice purposes only | | | | |
| Foster Printing 4295 Ohio Street Michigan City, IN 46360 | - | | | | | | | 0.00 |
| Account No. | | | | Franchise fees | | | | |
| Franchise Services, Inc. 36722 Plaza Drive Mission Viejo, CA 92691 | - | | | | | | | 37,485.46 |

Sheet no. __7__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

37,485.46

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    JJC III, LLC                                                    ,    Case No. _____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Notice purposes only | | | | |
| Gans Ink and Supply Co. PO Box 33813 Los Angeles, CA 90033 | - | | | | | | | 0.00 |
| Account No. | | | | Notice purposes only | | | | |
| GBC PO Box 71361 Chicago, IL 60694 | - | | | | | | | 0.00 |
| Account No. | | | | Notice purposes only | | | | |
| Genoa 445 Park Avenue PO Box 450 Sycamore, IL 60178-0450 | - | | | | | | | 0.00 |
| Account No. | | | | Notice purposes only | | | | |
| Glue Tech 11134 Addison Avenue Franklin Park, IL 60131 | - | | | | | | | 0.00 |
| Account No. | | | | Notice purposes only | | | | |
| Graphic Arts Equipment 1651 Barclay Blvd. Buffalo Grove, IL 60089 | - | | | | | | | 0.00 |

Sheet no. __8__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)              0.00

B6F (Official Form 6F) (12/07) - Cont.

In re      JJC III, LLC                                                                    ,     Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| **Account No.** | | | | Notice purposes only | | | | |
| Graphic III<br>307 Eisenhower Lane Soul<br>Yorkbrook Industrial Park<br>Lombard, IL 60148 | | - | | | | | | |
| | | | | | | | | 0.00 |
| **Account No.** | | | | Notice purposes only | | | | |
| Guardsman Laminating<br>884 South County Line Road<br>Bensenville, IL 60106 | | - | | | | | | |
| | | | | | | | | 0.00 |
| **Account No.** | | | | trade debt | | | | |
| H&H Press<br>310 South Racine<br>5th Floor<br>Chicago, IL 60607 | | - | | | | | | |
| | | | | | | | | 84.00 |
| **Account No.** | | | | Notice purposes only | | | | |
| Hafner Printing Co.<br>601 South LaSalle Street<br>Suite 150<br>Chicago, IL | | - | | | | | | |
| | | | | | | | | 0.00 |
| **Account No.** | | | | Notice purposes only | | | | |
| Hand to Hand<br>502 Senon Drive<br>Lemont, IL 60439 | | - | | | | | | |
| | | | | | | | | 0.00 |

Sheet no. _9_ of _21_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

84.00

B6F (Official Form 6F) (12/07) - Cont.

In re    JJC III, LLC                                                                 ,      Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | trade debt | | | | |
| Hansen Printing 9745 Industrial Drive PO Box 1257 Bridgeview, IL 60455 | - | | | | | | | 1,917.80 |
| Account No. | | | | Notice purposes only | | | | |
| Highland Computer Forms PO Box 71-3866 Columbus, OH 43271-3866 | - | | | | | | | 0.00 |
| Account No. | | | | Notice purposes only | | | | |
| House of Doolittle 1751 Nicholas Blvd. Attn: A/R Elk Grove Village, IL 60007 | - | | | | | | | 0.00 |
| Account No. | | | | Notice purposes only | | | | |
| Huen Electric 1801 West 16th Street Broadview, IL 60155 | - | | | | | | | 0.00 |
| Account No. | | | | Annual report filing fees | | | | |
| Illinois Secretary of State 501 S. 2nd St. Springfield, IL 62756-5510 | - | | | | | | | 500.00 |

Sheet no. __10__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,417.80

B6F (Official Form 6F) (12/07) - Cont.

In re    JJC III, LLC
_____,      Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| **Account No.** | | - | | Notice purposes only | | | | |
| Instant Collating 2443 West 16th Street Chicago, IL 60606 | | | | | | | | 0.00 |
| **Account No.** | | - | | Notice purposes only | | | | |
| J.S. Paluch 3708 River Road Suite 400 Franklin Park, IL 00601-3121 | | | | | | | | 0.00 |
| **Account No.** | | - | | Notice purposes only | | | | |
| John S. Swift Co., Inc. 999 Commerce Ct. PO Box 5529 Buffalo Grove, IL 60089 | | | | | | | | 0.00 |
| **Account No.** | | - | | trade debt | | | | |
| Jorson & Carlson 1501 Pratt Blvd PO Box 796 Elk Grove Village, IL 60007 | | | | | | | | 30.25 |
| **Account No.** | | - | | Notice purposes only | | | | |
| Kwik Kopy 105 South 14th Street St. Charles, IL 60174 | | | | | | | | 0.00 |

Sheet no. __11__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                30.25

B6F (Official Form 6F) (12/07) - Cont.

In re    JJC III, LLC _____ ,    Case No. _____

                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Notice purposes only | | | | |
| Labor Temps 5620 West Cermak Road Cicero, IL 60804 | | - | | | | | | 0.00 |
| Account No. | | | | Notice purposes only | | | | |
| Little Village Printing PO Box 243 Riverside, IL 60548 | | - | | | | | | 0.00 |
| Account No. | | | | Notice purposes only | | | | |
| Mailers Haven 25322 Rye Cyn Road Suite 200 Valencia, CA 91355 | | - | | | | | | 0.00 |
| Account No. | | | | Notice purposes only | | | | |
| Main Street Foundation PO Box 217 Berwyn, IL 60402 | | - | | | | | | 0.00 |
| Account No. | | | | Notice purposes only | | | | |
| Masterpiece Executive PO Box 188 Sunman, IN 47041-0188 | | - | | | | | | 0.00 |

Sheet no. _12_ of _21_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          0.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    JJC III, LLC                                                                           ,    Case No. _____
                                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Notice purposes only | | | | |
| McPhersons PO Box 188 Sunman, IN 47041 | | - | | | | | | 0.00 |
| Account No. | | | | Notice purposes only | | | | |
| Metro Staffing OPNS Center PO Box 60839 Charlotte, NC 28260-0839 | | - | | | | | | 0.00 |
| Account No. | | | | Notice purposes only | | | | |
| Metropolitan Fiber, Inc. 4401 West Ogden Avenue Chicago, IL 60623 | | - | | | | | | 0.00 |
| Account No. | | | | Notice purposes only | | | | |
| Micro Forms 5971 Product Drive Sterling Heights, MI 48312 | | - | | | | | | 0.00 |
| Account No. | | | | Notice purposes only | | | | |
| Modern Printing Colors, Inc. 1951 West 21st Street Broadview, IL 60155 | | - | | | | | | 0.00 |

Sheet no. __13__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    JJC III, LLC _____ ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>Moon Light Press<br>1804 Burlington Avenue<br>Lisle, IL 60532 | | - | | Notice purposes only | | | | 0.00 |
| Account No.<br><br>Nicor<br>PO Box 190<br>Aurora, IL 60507 | | - | | trade debt | | | | 93.25 |
| Account No.<br><br>Nicor Gas<br>PO Box 5407<br>Carol Stream, IL 00601-9754 | | - | | Notice purposes only | | | | 0.00 |
| Account No.<br><br>Numbers Plus<br>5350 East Avenue<br>Countryside, IL 60525 | | - | | Notice purposes only | | | | 0.00 |
| Account No.<br><br>Patricia Drozd<br>749 Hitchcock Avenue<br>Lisle, IL 60532 | | - | | Notice purposes only | | | | 0.00 |

Sheet no. __14__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    93.25

B6F (Official Form 6F) (12/07) - Cont.

In re    JJC III, LLC                                                                    ,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Notice purposes only | | | | |
| Paul's Computer Service 1065 Tara Drive Sun Prairie, WI 53590 | - | | | | | | | 0.00 |
| Account No. | | | | trade debt | | | | |
| Paychex 230 W Monroe St #1020 Chicago, IL 60606 | - | | | | | | | 321.16 |
| Account No. | | | | Notice purposes only | | | | |
| Paychex Retirement Services PO Box 26787 New York, NY 10087-6787 | - | | | | | | | 0.00 |
| Account No. | | | | Notice purposes only | | | | |
| Physicians' Record Company 3000 South Ridgeland Avenue Berwyn, IL 60402-2700 | - | | | | | | | 0.00 |
| Account No. | | | | Notice purposes only | | | | |
| Pillars 333 North LaGrange Suite 150 LaGrange Park, IL 60526 | - | | | | | | | 0.00 |

Sheet no. _15_ of _21_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                321.16

B6F (Official Form 6F) (12/07) - Cont.

In re    JJC III, LLC _____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Notice purposes only | | | | |
| Plastikoil 9842 West Farragut Avenue Rosemont, IL 60016 | - | | | | | | | 0.00 |
| Account No. | | | | Notice purposes only | | | | |
| PolyGraphic Corporation 1707 Armitage Court Addison, IL 60101 | - | | | | | | | 0.00 |
| Account No. | | | | Notice purposes only | | | | |
| Premier Paper & Packaging 715 Sturgeon Street Moberly, MO 65270 | - | | | | | | | 0.00 |
| Account No. | | | | Notice purposes only | | | | |
| Printer's Park 926 South Primrose Monrovla, CA 91016-3440 | - | | | | | | | 0.00 |
| Account No. | | | | Notice purposes only | | | | |
| Quill PO Box 37600 Philadelpia, PA 00191-0106 | - | | | | | | | 0.00 |

Sheet no. __16__ of __21__ sheets attached to Schedule of                    Subtotal                0.00
Creditors Holding Unsecured Nonpriority Claims                    (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    JJC III, LLC
_____ ,      Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Notice purposes only | | | | |
| Riverside Plumbing 3 Longcommon Road Riverside, IL 26250 | - | | | | | | | 0.00 |
| Account No. | | | | Notice purposes only | | | | |
| Roosevelt Paper Company Lockbox 5175 PO Box 8500 Philadelphia, PA 19178 | - | | | | | | | 0.00 |
| Account No. | | | | Notice purposes only | | | | |
| Rotary Forms Press 835 South High Street Hillsboro, OH 45133 | - | | | | | | | 0.00 |
| Account No. | | | | Notice purposes only | | | | |
| Rotary Graphics PO B53082-0769 Sheboygan, WI | - | | | | | | | 0.00 |
| Account No. | | | | Notice purposes only | | | | |
| S. Walter Packaging PO Box 7769 Philadelpia, PA 00191-7851 | - | | | | | | | 0.00 |

Sheet no. __17__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    JJC III, LLC                                                           ,    Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Notice purposes only | | | | |
| SCS Hauling and Disposal 10031 W. Roosevelt Road Suite 100 Westchester, IL 60154 | - | | | | | | | 0.00 |
| Account No. | | | | Notice purposes only | | | | |
| Seguin Services 3100 South Central Avenue Cicero, IL 60804 | - | | | | | | | 0.00 |
| Account No. | | | | Notice purposes only | | | | |
| Sign Edge 6501 West Pershing Road Stickney, IL 60402 | - | | | | | | | 0.00 |
| Account No. | | | | Notice purposes only | | | | |
| Solutions & Graphics 10547 South Western Avenue Chicago, IL 60643 | - | | | | | | | 0.00 |
| Account No. | | | | Notice purposes only | | | | |
| Southwest Plastic Binding 109 Millwell Drive PO Box 150 Maryland Heights, MO 63043 | - | | | | | | | 0.00 |

Sheet no. __18__ of __21__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                          0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    JJC III, LLC                                                            ,    Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | trade debt | | | | |
| Team Concept 540 Tower Blvd Carol Stream, IL 60188 | | - | | | | | | 341.00 |
| Account No. | | | | Notice purposes only | | | | |
| TMP Worldwide PO Box 90362 Chicago, IL 60696-0362 | | - | | | | | | 0.00 |
| Account No. | | | | Notice purposes only | | | | |
| Union Book Bindery, Inc. 2443 West 16th Street Chicago, IL 60608 | | - | | | | | | 0.00 |
| Account No. | | | | trade debt | | | | |
| Up North Printing 780 West Army Trail Rd Suite #309 Carol Stream, IL 60188 | | - | | | | | | 45.00 |
| Account No. | | | | trade debt | | | | |
| UPS Lockbox 577 Carol Stream, IL 60132-0577 | | - | | | | | | 6.27 |

Sheet no. __19__ of __21__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          392.27

B6F (Official Form 6F) (12/07) - Cont.

In re    JJC III, LLC                                              ,    Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| **Account No.** | | | | Notice purposes only | | | | |
| Val Gross Printing 8736 West Ogden Avenue Lyons, IL 60534 | - | | | | | | | 0.00 |
| **Account No.** | | | | Notice purposes only | | | | |
| Valley Litho 1047 Haugen Avenue Rice Lake, WI 54868 | - | | | | | | | 0.00 |
| **Account No.** | | | | Notice purposes only | | | | |
| Victor Envelope Company 301 Arthur Court Bensenville, IL 60106 | - | | | | | | | 0.00 |
| **Account No.** | | | | Notice purposes only | | | | |
| Waste Management PO Box 9001054 Louisville, KY 40290-1054 | - | | | | | | | 0.00 |
| **Account No.** | | | | trade debt | | | | |
| Western States Envelope 4480 N. 132nd St. Butler, WI 53007 | - | | | | | | | 402.25 |

Sheet no. __20__ of __21__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        402.25

B6F (Official Form 6F) (12/07) - Cont.

In re    JJC III, LLC _____,    Case No. _____
                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Notice purposes only | | | | |
| World Marketing-Omaha 10918 Elline Street Omaha, NE 66128-5747 | | - | | | | | 0.00 |
| Account No. | | | Notice purposes only | | | | |
| Wright Business Forms 645 Stevenson Road South Elgin, IL 60402 | | - | | | | | 0.00 |
| Account No. | | | Notice purposes only | | | | |
| Yanez Enterprises 2310 South 61st Court Cicero, IL 60804 | | - | | | | | 0.00 |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |

Sheet no. __21__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    0.00

Total
(Report on Summary of Schedules)    51,656.65

B6G (Official Form 6G) (12/07)

.

In re    JJC III, LLC
_____,    Case No. _____
Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

0
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

.

In re     JJC III, LLC                                         ,     Case No. _____

                                          Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

0
____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    JJC III, LLC                                   Case No. _____

                                      Debtor(s)                Chapter     7

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the Member of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of    33    sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   September 18, 2014                   Signature    /s/ Ernest C. Pirtle, Trustee
                                                         Ernest C. Pirtle, Trustee of the Ernest C. Pirtle Declaration of Trust
                                                         as Trustee of the Member

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Northern District of Illinois

In re   JJC III, LLC

Debtor(s)

Case No.

Chapter    7

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $0.00 | 2014: Business Income YTD |
| $13,281.00 | 2013: Business Income |
| $215,180.00 | 2012: Business Income |

---

**2. Income other than from employment or operation of business**

None ☒

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|

B7 (Official Form 7) (04/13)
2

### 3. Payments to creditors

None 

**Complete a. or b., as appropriate, and c.**

a.    *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Ernest C. Pirtle<br>402 N Park Rd<br>La Grange Park, IL 60526<br>Officer | 9/11/14 - reimbursement for payment to Department of Labor on behalf of JJC III, LLC made on that same date. | $1,500.00 | $5,162.56 |

### 4.  Suits and administrative proceedings, executions, garnishments and attachments

None

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Lewis Paper International,  Inc v. JJC III, LLC, 13 MI 134494 | Collection Action | Circuit Court of Cook County | Satisfied |

None

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

### 5. Repossessions, foreclosures and returns

None


List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 6. Assignments and receiverships

None


a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None


b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

### 7. Gifts

None


List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

### 8. Losses

None


List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

### 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| Shaw Fishman Glantz & Towbin LLC 321 N. Clark Street Suite 800 Chicago, IL 60654 | July 22, 2014 | $5,000 |

B7 (Official Form 7) (04/13)
4

| NAME AND ADDRESS<br>OF PAYEE | DATE OF PAYMENT,<br>NAME OF PAYER IF OTHER<br>THAN DEBTOR | AMOUNT OF MONEY<br>OR DESCRIPTION AND VALUE<br>OF PROPERTY |
|---|---|---|
| Kokoszka & Janczur, P.C.<br>318 West Adams Street<br>Suite 1100<br>Chicago, IL 60606 | 3/1/14 - payment was refunded on 8/25/14 | $500.00 |

---

### 10. Other transfers


None

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE,<br>RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED<br>AND VALUE RECEIVED |
|---|---|---|


None

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER<br>DEVICE | DATE(S) OF<br>TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND<br>VALUE OF PROPERTY OR DEBTOR'S INTEREST<br>IN PROPERTY |
|---|---|---|

---

### 11. Closed financial accounts


None

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR<br>DIGITS OF ACCOUNT NUMBER,<br>AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE<br>OR CLOSING |
|---|---|---|

---

### 12. Safe deposit boxes


None

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK<br>OR OTHER DEPOSITORY | NAMES AND ADDRESSES<br>OF THOSE WITH ACCESS<br>TO BOX OR DEPOSITORY | DESCRIPTION<br>OF CONTENTS | DATE OF TRANSFER OR<br>SURRENDER, IF ANY |
|---|---|---|---|

---

### 13. Setoffs


None

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

---

### 14. Property held for another person

None

List all property owned by another person that the debtor holds or controls.

B7 (Official Form 7) (04/13)
5

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15.  Prior address of debtor**

None
☒

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
☒

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☒

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☒

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

B7 (Official Form 7) (04/13)
6

### 18 . Nature, location and name of business

None


a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None


b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

### 19. Books, records and financial statements

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Ernest C. Pirtle | |
| 402 N Park Rd | |
| La Grange Park, IL 60526 | |
| | |
| Crowe Horwath | |
| 1 Mid-American Plaza | |
| Suite 700 | |
| Oak Brook, IL 60522 | |

None


b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
☐

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| Ernest C. Pirtle | 402 N Park Rd |
| | La Grange Park, IL 60526 |

B7 (Official Form 7) (04/13)
7

None ☒    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                        DATE ISSUED

---

**20. Inventories**

None ☒    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY       INVENTORY SUPERVISOR       DOLLAR AMOUNT OF INVENTORY
(Specify cost, market or other basis)

None ☒    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

DATE OF INVENTORY              NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
RECORDS

---

**21 . Current Partners, Officers, Directors and Shareholders**

None ☒    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS       NATURE OF INTEREST       PERCENTAGE OF INTEREST

None ☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Ernest C. Pirtle Declaration of Trust<br>402 N Park Rd<br>La Grange Park, IL 60526 | Sole Member | 100% |
| Ernest C. Pirtle<br>402 N Park Rd<br>La Grange Park, IL 60526 | Officer | |

---

**22 . Former partners, officers, directors and shareholders**

None ☒    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME              ADDRESS             DATE OF WITHDRAWAL

None ☒    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS       TITLE       DATE OF TERMINATION

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None ☒    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS             DATE AND PURPOSE       AMOUNT OF MONEY
OF RECIPIENT,               OF WITHDRAWAL         OR DESCRIPTION AND
RELATIONSHIP TO DEBTOR            VALUE OF PROPERTY

B7 (Official Form 7) (04/13)
8

**24. Tax Consolidation Group.**

None ☒

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                      TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None ☒

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                      TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  September 18, 2014                          Signature  /s/ Ernest C. Pirtle, Trustee
                                                             Ernest C. Pirtle, Trustee of the Ernest C. Pirtle Declaration
                                                             of Trust
                                                             as Trustee of the Member

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
### Northern District of Illinois

In re ___JJC III, LLC___          Case No. _____
                    Debtor(s)      Chapter    7

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---:|
| For legal services, I have agreed to accept | $ | 5,000.00 |
| Prior to the filing of this statement I have received | $ | 5,000.00 |
| Balance Due | $ | 0.00 |

2.   $ __335.00__ of the filing fee has been paid.

3.   The source of the compensation paid to me was:

     ■ Debtor      ☐ Other (specify):

4.   The source of compensation to be paid to me is:

     ■ Debtor      ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.   [Other provisions as needed]
         See Retainer Letter attached hereto.

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    __September 18, 2014__           /s/ Allen J. Guon
                                          Allen J. Guon 6244526
                                          Shaw Fishman Glantz & Towbin LLC
                                          321 N. Clark Street
                                          Suite 800
                                          Chicago, IL 60654
                                          312-541-0151  Fax: 312-980-3888


## SHAW FISHMAN

Shaw Fishman Glantz & Towbin LLC

TO: ALAN GUON

July 14, 2014

<u>VIA ELECTRONIC MAIL AND FACSIMILE</u>

Mr. Ernest C. Pirtle
JJC III, LLC
6537 W. Cermak Road
Berwyn, IL 60402

Re:    Engagement and Retainer Agreement

Dear Mr. Pirtle:

    This letter sets forth the arrangement under which Shaw Fishman Glantz & Towbin LLC (the "Firm") would act as legal counsel to JJC III, LLC (the "Client") in connection with its preparation for and filing of a petition under chapter 7 of the United States Bankruptcy Code (the "Engagement"):

    1.    The Firm's Services

    Our representation will be limited to (i) the review of all of the information you provide regarding the Client's assets, liabilities and financial affairs, (ii) the preparation of final documents for the filing of a bankruptcy petition, (iii) attendance at the meeting(s) of creditors, and (iv) responding to inquiries from the bankruptcy trustee and creditors. The Engagement does <u>not</u> include representation of the Client in post-petition litigation or contested matters, any representation for which will be addressed in a separate letter as discussed below. The Firm's policy at the outset of an engagement with new clients is to outline not only the purpose and boundaries of the relationship but also the foundation on which the Firm will provide and bill for legal services.

    I will have overall responsibility for the Engagement. I will delegate as much work as possible to more junior attorneys and paralegals, provided the quality and timing of the work is not compromised. Normally, only one Firm attorney or other professional will participate in the representation at any given time. However, there may be certain instances when the participation of two or more Firm attorneys having expertise in various subject matters may be necessary to provide appropriate representation, or where the circumstances require two attorneys to participate in a court hearing, meeting or client consultation due to the importance or complexity of the event or for the purpose of providing continuity in the representation. In such instances, all of the services provided by each of the participating attorneys will be charged.

(9006 LTR A0379555.DOC)
321 N. Clark Street, Suite 800, Chicago, IL 60654   Phone: 312.541.0151   Fax: 312.980.3888   www.shawfishman.com

PAGE 02/06                                    PIRTLE                         7084824712        11:02   07/22/2014

Mr. Ernest C. Pirtle
July 14, 2014
Page 2

2.    Your Responsibilities

It will be the Client's responsibility to provide the Firm with timely and accurate information necessary for us to properly advise and represent the Client. This may include the production of information in a written or computerized format. In addition, the Client may be required to provide testimony or other assistance with respect to legal proceedings should such proceedings be instituted by or against the Client. We will provide the Client with as much advance notice as practicable and assist in the preparation of any witness for their testimony should such testimony become necessary.

3.    The File and Document Retention

The Firm will have no obligation to maintain or store the Client's file or related papers, documents and other tangible things (collectively, the "File") after the Engagement has terminated, except as required by Illinois law. It is our practice that upon termination of an engagement, we will offer to send the client the File. If the client does not take possession of the File within 30 days, the Firm will have the right but not the obligation to destroy the File in a confidential manner. By executing this Agreement, the Client consents to these procedures.

4.    Conflicts

The Client agrees that we may represent, now and in the future, other persons and entities. In particular, the Client agrees that while we are representing the Client in active, pending matters, we may represent other clients in cases unrelated to the Engagement even if they have other matters adverse to the Client, whether in transactions, litigations, arbitrations or otherwise, provided that the other matters (a) are not related to the Engagement we are working on for the Client, and (b) do not involve situations where we have obtained confidential information from the Client that is material to the unrelated matter(s).

Additionally, if our representation of the Client is terminated, we may thereafter represent other clients with interests adverse to you (even in litigation), provided, that the representation does not involve confidential information we have obtained from the Client that is material to those matters. By executing this letter the Client is agreeing to waive any conflict of interest that arises in such situations.

5.    Fees

5,000.00 CP (Five thousand & no/100)

The fee for the Engagement will be $5,500.00 and will include all of the services described above, of which $335 is the filing fee for the chapter 7 bankruptcy case. In the event the Client wishes to engage the firm in connection with any adversary proceedings or contested matters, a separate retention letter and a separate fee will be necessary for such representation, and services provided by the firm will be billed on an hourly basis, at standard rates. My current standard hourly rate is $450. Other Firm members' hourly rates range from $375 to $695, depending on their areas of expertise and experience. Firm associates' hourly rates range from $270 to $375, depending upon the experience and degree of expertise of each attorney. Paraprofessionals' current hourly rates range from $140 to $200. Attached is a complete

{9006 LTR A0379555.DOC}

07/14/2014   16:22 Shawn Fishman                              (FAX)13129803888                    P.004/006

Mr. Ernest C. Pirtle
July 14, 2014
Page 3

schedule of currently hourly billing rates. We believe that our rates compare favorably with
other firms in the Chicago metropolitan area that have similar experience and expertise. Firm
rates are adjusted periodically to take into account changes in the Firm's costs and to reflect
current market conditions and other factors. We will promptly advise you should a change in our
rates be proposed at any time during the Engagement.

6.    Third Parties

The Firm's representative of the Client in this Engagement does not create any rights in
or liabilities to any other persons or entities. In particular, the Firm will not be acting as
attorneys for any other various companies and entities in which the Client may have an interest,
unless we execute a separate engagement agreement for such entity.

7.    Termination

Subject to applicable rules of professional conduct, including written notice to the Client,
the Firm may terminate its representation of the Client at any time. Similarly, the Client may
terminate the Firm's services and this Engagement at any time upon written notice to the Firm.
Termination of our services will not affect the Client's responsibility for payment for legal
services rendered and additional charges incurred before termination and in connection with an
orderly transition of your representation.

Our attorney-client relationship will be considered terminated upon the Firm's
completion of the specific services that the Client has retained the Firm to perform, or if open-
ended services are agreed upon, when more than thirty (30) days have elapsed from the last time
the Client requested and the Firm furnished any billable services. If the Client later retains the
Firm to perform further or additional services, our attorney-client relationship will be revived,
subject to the terms of this Agreement. The fact that the Firm may inform the Client from time
to time of developments in the law which may be of interest to the Client, by newsletter or
otherwise, should not be understood as a revival of an attorney-client relationship. Moreover,
the Firm has no obligation to inform you of such developments in the law unless the Firm is
engaged in writing to do so.

8.    Miscellaneous

The terms of this Agreement are intended to reflect and shall constitute all of the terms of
the Engagement. These terms may not be altered or modified except by a subsequent writing
signed by the Client and the Firm. The terms of this Agreement shall supersede all prior
understandings and agreements between the Client and the Firm as to the terms and scope of the
Client's representation by the Firm and they shall prevail over any contrary or alternative terms
of any third party, including insurers.

9.    Governing Law

The law of the State of Illinois shall govern the relationship between you and the Firm,
this Engagement, and the parties' respective rights and obligations under this Agreement.

{9006 LTR A0379555.DOC}

07/14/2014   16:23 Shawn Fishman                    (FAX)13129803888                    P.005/006

Mr. Ernest C. Pirtle
July 14, 2014
Page 4

We sincerely appreciate the opportunity to represent you and we will endeavor to provide prompt, efficient and responsive services at all times. If you have any questions, please feel free to call me. To evidence the Client's acceptance of the terms of the Engagement, please execute and return a copy of this Agreement to me together with the ~~$5,500.00~~  $5,000.00 CP    Wire transfer instructions follow:

| Account Name: | Shaw Fishman Glantz & Towbin LLC |
|---|---|
| Account No.: | 1590000382 |
| ABA No.: | 071001737 |
| Bank Address: | MB Financial Bank N.A.
1200 North Ashland Avenue
Chicago, Illinois |

Very truly yours,

SHAW FISHMAN GLANTZ & TOWBIN LLC

Allen J. Guon

Agreed this 22ND of July, 2014.

JJC III, LLC

By: _____

Name (print): ERNEST C. PIRTLE

Its: PRINCIPAL

{9006 LTR A0379555.DOC}

PAGE  05/06                                   PIRTLE                    7084824712    11:02    07/22/2014

## 2014 STANDARD HOURLY RATES

### MEMBERS

| Name | Rate |
|------|------|
| Robert M. Fishman | $695.00 |
| Steven B. Towbin | $695.00 |
| Ira Bodenstein | $505.00 |
| Robert W. Glantz | $505.00 |
| Brian L. Shaw | $505.00 |
| Peter J. Roberts | $485.00 |
| Jeffrey L. Widman | $470.00 |
| Richard A. Saldinger | $470.00 |
| David S. Horwitch | $455.00 |
| Allen J. Guon | $450.00 |
| Terence G. Banich | $450.00 |
| Mark L. Radtke | $450.00 |
| Joseph L. Cohen | $395.00 |
| David L. Shaw | $380.00 |
| S. Jarret Raab | $395.00 |
| Gordon E. Gouveia | $395.00 |
| Carrie E. Davenport | $375.00 |

### OF COUNSEL

| Name | Rate |
|------|------|
| Jay S. Geller | $620.00 |
| Richard M. Fogel | $465.00 |
| Jennifer L. Goldstone | $425.00 |

### ASSOCIATES

| Name | Rate |
|------|------|
| John W. Guzzardo | $375.00 |
| Kevin M. Hyde | $360.00 |
| Laura E. Caplin | $320.00 |
| David R. Doyle | $310.00 |
| Marc S. Reiser | $310.00 |
| Jennifer L. Devroye | $310.00 |
| Allison B. Hudson | $270.00 |

### PARAPROFESSIONALS

| Name | Rate |
|------|------|
| Patricia Fredericks | $200.00 |
| Melissa A. Westbrook | $200.00 |
| Bernard Thomas | $140.00 |

{9006 LTR A0379555.DOC}

# United States Bankruptcy Court
## Northern District of Illinois

In re    JJC III, LLC                             Case No.

                                         Debtor(s)         Chapter     7

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                    116

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    September 18, 2014                 /s/ Ernest C. Pirtle, Trustee

                                             Ernest C. Pirtle, Trustee of the Ernest C. Pirtle Declaration of Trust
                                             as Trustee of the Member
                                             Signer/Title

Alpha Omega Mailing Services
506 North Waiola
LaGrange Park, IL 60301


Americal, Inc.
6620 F. Street
Omaha, NE 68117


Aronberg Goldgehn Davis
Ned Robertson
One IBM Plaza #3000
Chicago, IL 60611


Arrow Messenger Service
1322 West Walton St
Chicago, IL 60602


AT&T
c/o Bankruptcy
1801 Valley View Ln
Farmers Branch, TX 75234


AT&T
PO Box 5014
Carol Stream, IL 60197


Barker Offset
PO Box 862
Belvidere, IL 61008


BCT Chicago
701 North Reddent Road
Balavia, IL 60510


BIC Graphics
PO Box 406079
Atlanta, GA 30384-6079


Blanks USA
8625 Xylon Court North
Minneapolis, MN 00554-4518


Blue Cross Blue Shield of Illinois
25550 Network Place
Chicago, IL 60673-1255

Cannon Business Solutions
15004 Collections Center Dr
Chicago, IL 60693


Canon Business Solutions
Dept. 77-66024
Chicago, IL 60673-6024


Canon USA, Inc.
100 Jamesburg Road
P.O. 1000
Jamesburg, NJ 00863-1100


Case Paper Co., Inc.
900 West 45th Street
Chicago, IL 60609


Chicago Office Products
9710 Industrial Drive
Bridgeview, IL 60455


Classic Impressions
468 Northdale Road
Ste. B
Lawrenceville, GA 30046


ComEd
2 Lincoln Center
Attn: Bankrupcy Group
Oakbrook Terrace, IL 60181


Comed
Bill Payment Center
Chicago, IL 60668-0001


Commonwealth Edison
P.O. Box 6111
Carol Stream, IL 00601-9761


Commonwealth Edison
Bill Payment Center
Chicago, IL 60668-0001

Commonwealth Edison
PO Box 6111
Carol Stream, IL 60197


Custom Bindery
120 West Laura Drive
Addison, IL 60101


Custom Bindery
120 W. Laura Drive
Addison, IL 60101


Custom Tabs
PO Box 389
Addison, IL 60101


D.A. Recht
6411 Fairfield Avenue
Berwyn, IL 60402


Dahlgren Buckley Dement
7224 W. 60th Street
Summit, IL 60501


DFS Group
P.O. Box 88042
Chicago, IL


DHL, Inc.
P.O. Box 4723
Houston, TX 77210-4723


Diamond Tag
100 Hankes
Aurora, IL 60505


Digital Printing
123 Eisenhower Lane
Lombard, IL 60148


Discount Lables
4115 Profit Court
New Albany, IN 47150

Discount Lables
PO Box 644276
Pittsburgh, PA 15264-4276


Disposal Waste Services
5817 West Ogden Avenue
Cicero, IL 60804


Elwood Pckg.
39874 Treasury Center
Chicago, IL 60694-9800


Ennis Business Forms, Inc.
P.O. Box 971478
Dallas, TX 75397-1478


Ernest C. Pirtle
402 N Park Rd
La Grange Park, IL 60526


EXPEDEX
P.O. Box 18463
Chicago, IL 60618


Expedex Stores Div.
c/o PNC Bank
PO Box 677312
Dallas, TX 75267-7312


Express Stamp
P.O. Box 445
Butler, WI 53007-0445


Folder Express
11616 I Street
Omaha, NE 68137-1212


Foster Printing
4295 Ohio Street
Michigan City, IN 46360


Franchise Services, Inc.
36722 Plaza Drive
Mission Viejo, CA 92691

Gans Ink and Supply Co.
PO Box 33813
Los Angeles, CA 90033


GBC
PO Box 71361
Chicago, IL 60694


Genoa
445 Park Avenue
PO Box 450
Sycamore, IL 60178-0450


Glue Tech
11134 Addison Avenue
Franklin Park, IL 60131


Graphic Arts Equipment
1651 Barclay Blvd.
Buffalo Grove, IL 60089


Graphic III
307 Eisenhower Lane Soul
Yorkbrook Industrial Park
Lombard, IL 60148


Guardsman Laminating
884 South County Line Road
Bensenville, IL 60106


H&H Press
310 South Racine
5th Floor
Chicago, IL 60607


Hafner Printing Co.
601 South LaSalle Street
Suite 150
Chicago, IL


Hand to Hand
502 Senon Drive
Lemont, IL 60439

Hansen Printing
9745 Industrial Drive
PO Box 1257
Bridgeview, IL 60455


Highland Computer Forms
PO Box 71-3866
Columbus, OH 43271-3866


House of Doolittle
1751 Nicholas Blvd.
Attn: A/R
Elk Grove Village, IL 60007


Huen Electric
1801 West 16th Street
Broadview, IL 60155


Illinois Department of Revenue
Bankrupcty Section
PO Box 64338
Chicago, IL 60644-0338


Illinois Secretary of State
501 S. 2nd St.
Springfield, IL 62756-5510


Instant Collating
2443 West 16th Street
Chicago, IL 60606


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
Ogden, UT 84201-0039


J.S. Paluch
3708 River Road
Suite 400
Franklin Park, IL 00601-3121

John S. Swift Co., Inc.
999 Commerce Ct.
PO Box 5529
Buffalo Grove, IL 60089


Jorson & Carlson
1501 Pratt Blvd
PO Box 796
Elk Grove Village, IL 60007


Kwik Kopy
105 South 14th Street
St. Charles, IL 60174


Labor Temps
5620 West Cermak Road
Cicero, IL 60804


Little Village Printing
PO Box 243
Riverside, IL 60548


Mailers Haven
25322 Rye Cyn Road
Suite 200
Valencia, CA 91355


Main Street Foundation
PO Box 217
Berwyn, IL 60402


Masterpiece Executive
PO Box 188
Sunman, IN 47041-0188


McPhersons
PO Box 188
Sunman, IN 47041


Metro Staffing
OPNS Center
PO Box 60839
Charlotte, NC 28260-0839

Metropolitan Fiber, Inc.
4401 West Ogden Avenue
Chicago, IL 60623


Micro Forms
5971 Product Drive
Sterling Heights, MI 48312


Modern Printing Colors, Inc.
1951 West 21st Street
Broadview, IL 60155


Moon Light Press
1804 Burlington Avenue
Lisle, IL 60532


Nicor
PO Box 190
Aurora, IL 60507


Nicor Gas
PO Box 5407
Carol Stream, IL 00601-9754


Numbers Plus
5350 East Avenue
Countryside, IL 60525


Patricia Drozd
749 Hitchcock Avenue
Lisle, IL 60532


Paul's Computer Service
1065 Tara Drive
Sun Prairie, WI 53590


Paychex
230 W Monroe St #1020
Chicago, IL 60606


Paychex
PO Box 4482
Carol Stream, IL 60197

Paychex Retirement Services
PO Box 26787
New York, NY 10087-6787


Physicians' Record Company
3000 South Ridgeland Avenue
Berwyn, IL 60402-2700


Pillars
333 North LaGrange
Suite 150
LaGrange Park, IL 60526


Plastikoil
9842 West Farragut Avenue
Rosemont, IL 60016


PolyGraphic Corporation
1707 Armitage Court
Addison, IL 60101


Premier Paper & Packaging
715 Sturgeon Street
Moberly, MO 65270


Printer's Park
926 South Primrose
Monrovla, CA 91016-3440


Quill
PO Box 37600
Philadelpia, PA 00191-0106


Riverside Plumbing
3 Longcommon Road
Riverside, IL 26250


Roosevelt Paper Company
Lockbox 5175
PO Box 8500
Philadelphia, PA 19178


Rotary Forms Press
835 South High Street
Hillsboro, OH 45133

Rotary Graphics
PO B53082-0769
Sheboygan, WI


S. Walter Packaging
PO Box 7769
Philadelpia, PA 00191-7851


SCS Hauling and Disposal
10031 W. Roosevelt Road
Suite 100
Westchester, IL 60154


Seguin Services
3100 South Central Avenue
Cicero, IL 60804


Sign Edge
6501 West Pershing Road
Stickney, IL 60402


Solutions & Graphics
10547 South Western Avenue
Chicago, IL 60643


Southwest Plastic Binding
109 Millwell Drive
PO Box 150
Maryland Heights, MO 63043


Team Concept
540 Tower Blvd
Carol Stream, IL 60188


TMP Worldwide
PO Box 90362
Chicago, IL 60696-0362


Union Book Bindery, Inc.
2443 West 16th Street
Chicago, IL 60608

Up North Printing
780 West Army Trail Rd
Suite #309
Carol Stream, IL 60188


UPS
Lockbox 577
Carol Stream, IL 60132-0577


Val Gross Printing
8736 West Ogden Avenue
Lyons, IL 60534


Valley Litho
1047 Haugen Avenue
Rice Lake, WI 54868


Victor Envelope Company
301 Arthur Court
Bensenville, IL 60106


Waste Management
PO Box 9001054
Louisville, KY 40290-1054


Western States Envelope
4480 N. 132nd St.
Butler, WI 53007


Western States Envelope
PO Box 88984
Milwaukee, WI 53288-0984


World Marketing-Omaha
10918 Elline Street
Omaha, NE 66128-5747


Wright Business Forms
645 Stevenson Road
South Elgin, IL 60402


Yanez Enterprises
2310 South 61st Court
Cicero, IL 60804

# United States Bankruptcy Court
## Northern District of Illinois

In re    JJC III, LLC

Debtor(s)

Case No.

Chapter    7

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   JJC III, LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■None [*Check if applicable*]

September 18, 2014

Date

/s/ Allen J. Guon

Allen J. Guon 6244526

Signature of Attorney or Litigant

Counsel for   JJC III, LLC

Shaw Fishman Glantz & Towbin LLC
321 N. Clark Street
Suite 800
Chicago, IL 60654
312-541-0151 Fax:312-980-3888