# UNITED STATES BANKRUPTCY COURT
<u>NORTHERN</u> DISTRICT OF <u>ILLINOIS</u>
<u>EASTERN DIVISION</u>

In re: JJC III, LLC dba Sir Speedy  §  Case No. 14-33960
§           Hon. JACQUELINE P. COX
§           Chapter 7
§
Debtor(s)

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ALLAN J. DeMARS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
7th Floor
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30am on 04/23/2015 in Courtroom 680, Dirksen Federal Building Courthouse, 219 S. Dearborn Street, Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____   By: Clerk U. S. Bankruptcy Court
                                    (Title of person signing form)

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
19 S. LaSalle Street
Suite 902
Chicago, IL 60603

UST Form 101-7-NFR (10/1/2010)

# UNITED STATES BANKRUPTCY COURT
NORTHERN   DISTRICT OF  ILLINOIS
EASTERN DIVISION

In re:  JJC III, LLC dba Sir Speedy   §   Case No. 14-33960
                                      §   Hon. JACQUELINE P. COX
                                      §   Chapter 7
                                      §
Debtor(s)

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of* | $7,256.68 |
| *and approved disbursements of* | $65.01 |
| *leaving a balance on hand of* [1] | $7,191.67 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| NONE | | | $0.00 | $0.00 | $0.00 |

| | |
|---|---:|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $7,191.67 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| *Trustee, Fees* | ALLAN J. DeMARS | $1,475.67 | $0.00 | $1,475.67 |
| *Trustee, Expenses* | ALLAN J. DeMARS | $7.12 | $0.00 | $7.12 |
| *Attorney for Trustee, Fees* | | | | |
| *Attorney for Trustee, Expenses* | | | | |
| *Accountant for Trustee, Fees* | | | | |
| *Accountant for Trustee, Expenses* | | | | |
| *Auctioneer, Fees* | | | | |
| *Auctioneer, Expenses* | | | | |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

| | |
|---|---|
| *Charges,* | *U.S. Bankruptcy Court* |
| *Fees,* | *United States Trustee* |
| Other | |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses: | $1,482.79 |
| Remaining balance: | $5,708.88 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Total Requested* | *Interim Payments to Date* | *Proposed Payment* |
|---|---|---|---|
| *Attorney for Debtor, Fees* | | | |
| *Attorney for Debtor, Expenses* | | | |
| *Attorney for          , Fees* | | | |
| *Attorney for          , Expenses* | | | |
| *Accountant for          , Fees* | | | |
| *Accountant for          , Expenses* | | | |
| Other | | | |

| | |
|---|---|
| Total to be paid for prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $5,708.88 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling _____$0.00_____ must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| NONE | | $0.00 | $0.00 | $0.00 |

| | |
|---|---:|
| Total to be paid for priority claims: | $0.00 |
| Remaining balance: | $5,708.88 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $36,454.25 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  15.7  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 2 | Discount Labels | $272.78 | $0.00 | $42.72 |
| 3 | Arrow Messenger Service | $33.90 | $0.00 | $5.31 |
| 4 | Sir Speedy, Inc. | $35,745.32 | $0.00 | $5,597.86 |
| 5 | Western States Envelope Co dba Western States Envelope & Label | $402.25 | $0.00 | $62.99 |

| | |
|---|---:|
| Total to be paid for timely general unsecured claims: | $5,708.88 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| NONE | | $0.00 | $0.00 | $0.00 |

| | |
|---|---:|
| Total to be paid for tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

UST Form 101-7-NFR (10/1/2010)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling _____$0.00__ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be ____0__ percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 |

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ ALLAN J. DeMARS
Trustee

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
19 S. LaSalle Street
Suite 902
Chicago, IL 60603

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                              United States Bankruptcy Court
                              Northern District of Illinois
In re:                                                                  Case No. 14-33960-JPC
JJC III, LLC                                                            Chapter 7
         Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0752-1          User: driddick                Page 1 of 3                   Date Rcvd: Mar 27, 2015
                              Form ID: pdf006               Total Noticed: 112


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 29, 2015.
db           +JJC III, LLC,    6537 Cermak,    Berwyn, IL 60402-2313
22401990     +Alpha Omega Mailing Services,    506 North Waiola,    LaGrange Park, IL 60526-5528
22401991     +Americal, Inc.,    6620 F. Street,    Omaha, NE 68117-1010
22401992     +Aronberg Goldgehn Davis,    Ned Robertson,    One IBM Plaza #3000,    Chicago, IL 60611-3699
22401993     +Arrow Messenger Service,    1322 West Walton St,    Chicago, IL 60642-5340
22401997      BCT Chicago,    701 North Reddent Road,    Balavia, IL 60510
22401998      BIC Graphics,    PO Box 406079,    Atlanta, GA 30384-6079
22401996     +Barker Offset,    PO Box 862,    Belvidere, IL 61008-0862
22402000      Blue Cross Blue Shield of Illinois,    25550 Network Place,    Chicago, IL 60673-1255
22402001     +Cannon Business Solutions,    15004 Collections Center Dr,    Chicago, IL 60693-0150
22402002      Canon Business Solutions,    Dept. 77-66024,    Chicago, IL 60673-6024
22402003     +Canon USA, Inc.,    100 Jamesburg Road,    P.O. 1000,    Jamesburg, NJ 08831-1000
22402004     +Case Paper Co., Inc.,    900 West 45th Street,    Chicago, IL 60609-3346
22402005     +Chicago Office Products,    9710 Industrial Drive,    Bridgeview, IL 60455-2305
22402006     +Classic Impressions,    468 Northdale Road,    Ste. B,    Lawrenceville, GA 30046-8924
22402013     +Custom Bindery,    120 W. Laura Drive,    Addison, IL 60101-5114
22402012     +Custom Bindery,    120 West Laura Drive,    Addison, IL 60101-5114
22402014     +Custom Tabs,    PO Box 389,    Addison, IL 60101-0389
22402015     +D.A. Recht,    6411 Fairfield Avenue,    Berwyn, IL 60402-3524
22402017     +DFS Group,    P.O. Box 88042,    Chicago, IL 60680-1042
22402018      DHL, Inc.,    P.O. Box 4723,    Houston, TX 77210-4723
22402016     +Dahlgren Buckley Dement,    7224 W. 60th Street,    Summit, IL 60501-1520
22402019     +Diamond Tag,    100 Hankes,    Aurora, IL 60505-1747
22402020     +Digital Printing,    123 Eisenhower Lane,    Lombard, IL 60148-5408
22402021    +++Discount Lables,    Credit Department,    4115 Profit Court,    New Albany, IN 47150-7225
22402022      Discount Lables,    PO Box 644276,    Pittsburgh, PA 15264-4276
22402023     +Disposal Waste Services,    5817 West Ogden Avenue,    Cicero, IL 60804-3809
22402027     +EXPEDEX,    P.O. Box 18463,    Chicago, IL 60618-0463
22402024      Elwood Pckg.,    39874 Treasury Center,    Chicago, IL 60694-9800
22402025      Ennis Business Forms, Inc.,    P.O. Box 971478,    Dallas, TX 75397-1478
22402026     +Ernest C. Pirtle,    402 N Park Rd,    La Grange Park, IL 60526-1803
22402028      Expedex Stores Div.,    c/o PNC Bank,    PO Box 677312,    Dallas, TX 75267-7312
22402029      Express Stamp,    P.O. Box 445,    Butler, WI 53007-0445
22402030      Folder Express,    11616 I Street,    Omaha, NE 68137-1212
22402031     +Foster Printing,    4295 Ohio Street,    Michigan City, IN 46360-7701
22402032      Franchise Services, Inc.,    36722 Plaza Drive,    Mission Viejo, CA 92691
22402034     +GBC,    PO Box 71361,    Chicago, IL 60694-1361
22402033     +Gans Ink and Supply Co.,    PO Box 33813,    Los Angeles, CA 90033-0813
22402035      Genoa,    445 Park Avenue,    PO Box 450,    Sycamore, IL 60178-0450
22402036     +Glue Tech,    11134 Addison Avenue,    Franklin Park, IL 60131-1404
22402037     +Graphic Arts Equipment,    1651 Barclay Blvd.,    Buffalo Grove, IL 60089-4544
22402038     +Graphic III,    307 Eisenhower Lane Soul,    Yorkbrook Industrial Park,    Lombard, IL 60148-5406
22402039     +Guardsman Laminating,    884 South County Line Road,    Bensenville, IL 60106-3278
22402040     +H&H Press,    310 South Racine,    5th Floor,    Chicago, IL 60607-2841
22402041     +Hafner Printing Co.,    601 South LaSalle Street,    Suite 150,    Chicago, IL 60605-1726
22402042     +Hand to Hand,    502 Senon Drive,    Lemont, IL 60439-4092
22402043     +Hansen Printing,    9745 Industrial Drive,    PO Box 1257,    Bridgeview, IL 60455-0257
22402044      Highland Computer Forms,    PO Box 71-3866,    Columbus, OH 43271-3866
22402046     +Huen Electric,    1801 West 16th Street,    Broadview, IL 60155-3955
22402047     +Illinois Department of Revenue,    Bankrupcty Section,    PO Box 64338,    Chicago, IL 60664-0338
22402048      Illinois Secretary of State,    501 S. 2nd St.,    Springfield, IL 62756-5510
22402049     +Instant Collating,    2443 West 16th Street,    Chicago, IL 60608-1780
22402052     +J.S. Paluch,    3708 River Road,    Suite 400,    Franklin Park, IL 60131-2158
22402053     +John S. Swift Co., Inc.,    999 Commerce Ct.,    PO Box 5529,    Buffalo Grove, IL 60089-5529
22402054     +Jorson & Carlson,    1501 Pratt Blvd,    PO Box 796,    Elk Grove Village, IL 60009-0796
22402055     +Kwik Kopy,    105 South 14th Street,    St. Charles, IL 60174-2562
22402056     +Labor Temps,    5620 West Cermak Road,    Cicero, IL 60804-2219
22402057     +Little Village Printing,    PO Box 243,    Riverside, IL 60546-0243
22402059     +Main Street Foundation,    PO Box 217,    Berwyn, IL 60402-0217
22402060      Masterpiece Executive,    PO Box 188,    Sunman, IN 47041-0188
22402061     +McPhersons,    PO Box 188,    Sunman, IN 47041-0188
22402062      Metro Staffing,    OPNS Center,    PO Box 60839,    Charlotte, NC 28260-0839
22402064     +Micro Forms,    5971 Product Drive,    Sterling Heights, MI 48312-4561
22402065     +Modern Printing Colors, Inc.,    1951 West 21st Street,    Broadview, IL 60155-4607
22402066     +Moon Light Press,    1804 Burlington Avenue,    Lisle, IL 60532-1719
22402068     +Nicor Gas,    PO Box 5407,    Carol Stream, IL 60197-5407
22402069     +Numbers Plus,    5350 East Avenue,    Countryside, IL 60525-3134
22402070     +Patricia Drozd,    749 Hitchcock Avenue,    Lisle, IL 60532-2465
22402071     +Paul’s Computer Service,    1065 Tara Drive,    Sun Prairie, WI 53590-1183
22402074      Paychex Retirement Services,    PO Box 26787,    New York, NY 10087-6787
22402075     +Physicians’ Record Company,    3000 South Ridgeland Avenue,    Berwyn, IL 60402-0724
22402076     +Pillars,    333 North LaGrange,    Suite 150,    LaGrange Park, IL 60526-5653
22402077     +Plastikoil,    9842 West Farragut Avenue,    Rosemont, IL 60018-5333
22402078     +PolyGraphic Corporation,    1707 Armitage Court,    Addison, IL 60101-4221
```

```
District/off: 0752-1           User: driddick              Page 2 of 3                   Date Rcvd: Mar 27, 2015
                               Form ID: pdf006             Total Noticed: 112


22402079       +Premier Paper & Packaging,    715 Sturgeon Street,    Moberly, MO 65270-3701
22402080        Printer's Park,   926 South Primrose,    Monrovla, CA 91016-3440
22402081       +Quill,   PO Box 37600,   Philadelpia, PA 19101-0600
22402082       +Riverside Plumbing,    3 Longcommon Road,    Riverside, IL 60546-7104
22402083       +Roosevelt Paper Company,    Lockbox 5175,    PO Box 8500,   Philadelphia, PA 19178-8500
22402084       +Rotary Forms Press,    835 South High Street,    Hillsboro, OH 45133-9692
22402085        Rotary Graphics,   PO B53082-0769,    Sheboygan, WI
22402086       +S. Walter Packaging,    PO Box 7769,   Philadelpia, PA 19101-7769
22402087       +SCS Hauling and Disposal,    10031 W. Roosevelt Road,    Suite 100,   Westchester, IL 60154-2668
22402088       +Seguin Services,   3100 South Central Avenue,    Cicero, IL 60804-3987
22402089       +Sign Edge,   6501 West Pershing Road,    Stickney, IL 60402-4047
22402090       +Solutions & Graphics,    10547 South Western Avenue,    Chicago, IL 60643-2592
22402091       +Southwest Plastic Binding,    109 Millwell Drive,    PO Box 150,
                 Maryland Heights, MO 63043-9150
22402093        TMP Worldwide,   PO Box 90362,   Chicago, IL 60696-0362
22402092       +Team Concept,   540 Tower Blvd,    Carol Stream, IL 60188-9426
22402096        UPS,   Lockbox 577,   Carol Stream, IL 60132-0577
22402094       +Union Book Bindery, Inc.,    2443 West 16th Street,    Chicago, IL 60608-1780
22402097       +Val Gross Printing,    8736 West Ogden Avenue,    Lyons, IL 60534-1095
22402098       +Valley Litho,   1047 Haugen Avenue,    Rice Lake, WI 54868-1289
22402099       +Victor Envelope Company,    301 Arthur Court,    Bensenville, IL 60106-3381
22402100        Waste Management,   PO Box 9001054,    Louisville, KY 40290-1054
22402103        World Marketing-Omaha,    10918 Elline Street,    Omaha, NE 66128-5747
22402104       +Wright Business Forms,    645 Stevenson Road,    South Elgin, IL 60177-1134
22402105       +Yanez Enterprises,    2310 South 61st Court,    Cicero, IL 60804-2607

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
22401995       +E-mail/Text: g17768@att.com Mar 28 2015 01:37:48     AT&T,   PO Box 5014,
                 Carol Stream, IL 60197-5014
22401994       +E-mail/Text: g20956@att.com Mar 28 2015 01:40:26     AT&T,   c/o Bankruptcy,
                 1801 Valley View Ln,   Farmers Branch, TX 75234-8906
22402007       +E-mail/Text: legalcollections@comed.com Mar 28 2015 01:40:35     ComEd,   2 Lincoln Center,
                 Attn: Bankrupcy Group,   Oakbrook Terrace, IL 60181-4295
22402008        E-mail/Text: legalcollections@comed.com Mar 28 2015 01:40:35     Comed,   Bill Payment Center,
                 Chicago, IL 60668-0001
22402009       +E-mail/Text: legalcollections@comed.com Mar 28 2015 01:40:35     Commonwealth Edison,
                 P.O. Box 6111,   Carol Stream, IL 60197-6111
22402010        E-mail/Text: legalcollections@comed.com Mar 28 2015 01:40:35     Commonwealth Edison,
                 Bill Payment Center,   Chicago, IL 60668-0001
22402051        E-mail/Text: cio.bncmail@irs.gov Mar 28 2015 01:38:06     Internal Revenue Service,
                 Ogden, UT 84201-0039
22402067       +E-mail/Text: bankrup@aglresources.com Mar 28 2015 01:37:37     Nicor,   PO Box 190,
                 Aurora, IL 60507-0190
22402073       +E-mail/Text: jvolpe@paychex.com Mar 28 2015 01:38:05     Paychex,   PO Box 4482,
                 Carol Stream, IL 60197-4482
22402072       +E-mail/Text: jvolpe@paychex.com Mar 28 2015 01:38:05     Paychex,   230 W Monroe St #1020,
                 Chicago, IL 60606-4811
22673752       +E-mail/Text: cpilliod@franserv.com Mar 28 2015 01:38:32     Sir Speedy, Inc.,
                 26722 Plaza Drive,   Mission Viejo, CA 92691-8051
22402102        E-mail/Text: credit@westernstatesenvelope.com Mar 28 2015 01:38:43     Western States Envelope,
                 PO Box 88984,   Milwaukee, WI 53208-0984
22402101       +E-mail/Text: credit@westernstatesenvelope.com Mar 28 2015 01:38:43     Western States Envelope,
                 4480 N. 132nd St.,   Butler, WI 53007-2099
22867241       +E-mail/Text: credit@westernstatesenvelope.com Mar 28 2015 01:38:43
                 Western States Envelope Co,   dba Western States Envelope & Label,    6859 Commondore Dr,
                 Walbridge, OH 43465-9765
                                                                                              TOTAL: 14

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
22402011*      +Commonwealth Edison,    PO Box 6111,   Carol Stream, IL 60197-6111
22402050*       Internal Revenue Service,    PO Box 7346,   Philadelphia, PA 19101-7346
22401999      ##+Blanks USA,   8625 Xylon Court North,    Minneapolis, MN 55445-1841
22402045      ##+House of Doolittle,    1751 Nicholas Blvd.,    Attn: A/R,   Elk Grove Village, IL 60007-5901
22402058      ##+Mailers Haven,   25322 Rye Cyn Road,    Suite 200,   Valencia, CA 91355-1471
22402063      ##+Metropolitan Fiber, Inc.,    4401 West Ogden Avenue,   Chicago, IL 60623-2928
22402095      ##+Up North Printing,    780 West Army Trail Rd,    Suite #309,   Carol Stream, IL 60188-9297
                                                                                              TOTALS: 0, * 2, ## 5

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-1          User: driddick              Page 3 of 3                   Date Rcvd: Mar 27, 2015
                              Form ID: pdf006            Total Noticed: 112
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2015                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 26, 2015 at the address(es) listed below:
              Allan J DeMars    alland1023@aol.com
              Allen J Guon    on behalf of Debtor    JJC III, LLC aguon@shawfishman.com,   cowens@shawfishman.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 3
```