# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: JJC III, LLC dba SIR SPEEDY § Case No. 14-33960
§ Hon. JACQUELINE P. COX
§ Chapter 7
§
Debtor(s)

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ALLAN J. DeMARS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $0.00 | Assets Exempt: | $0.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $5,708.88 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $1,547.80 | | |

3) Total gross receipts of $7,256.68 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $7,256.68 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS:<br>  CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $1,547.80 | $1,547.80 | $1,547.80 |
|   PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
|   PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $51,656.65 | $36,454.25 | $36,454.25 | $5,708.88 |
| **TOTAL DISBURSEMENTS** | $51,656.65 | $38,002.05 | $38,002.05 | $7,256.68 |

4) This case was originally filed under chapter  7  on 09/18/2014 .

The case was pending for     8    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as  **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as  **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/11/2015                                    By: /s/ ALLAN J. DeMARS
                                                        Trustee

**STATEMENT**:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| turnover of funds in checking account | 1129-000 | $7,256.68 |
| | | |
| **TOTAL GROSS RECEIPTS** | | **$7,256.68** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NONE | | | $0.00 |
| | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 - SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NONE | | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

UST Form 101-7-TDR (10/1/2010)

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | N/A | | | |
| | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | | | |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Wells Fargo | 1226-000 | N/A | $65.01 | $65.01 | $65.01 |
| Allan J. DeMars | 2100-000 | N/A | $1,475.67 | $1,475.67 | $1,475.67 |
| Allan J. DeMars | 2200-000 | N/A | $7.12 | $7.12 | $7.12 |
| | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | $1,547.80 | $1,547.80 | $1,547.80 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NONE | | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Discount Labels | 7100-000 | $65.90 | $272.78 | $272.78 | $42.72 |
| 3 | Arrow Messenger | 7100-000 | $17.43 | $33.90 | $33.90 | $5.31 |
| 4 | Sir Speedy, Inc. | 7100-000 | $37,485.46 | $35,745.32 | $35,745.32 | $5,597.86 |
| 5 | Western States Envelope | 7100-000 | $402.25 | $402.25 | $402.25 | $62.99 |
| | 13 SCHEDULED WITH NO CLAIM FILED | 7100-000 | $13,685.61 | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

| | | | | |
|---|---|---|---|---|
| **TOTAL GENERAL UNSECURED CLAIMS** | $51,656.65 | $36,454.25 | $36,454.25 | $5,708.88 |

**EXHIBIT "A" FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Case No. 14-33960

Case Name: JJC III, LLC dba Sir Speedy

For Period Ending: 3/31/16

Trustee Name: Allan J. DeMars

Date Filed (f) or Converted (c): 9/18/14 (F)

§341(a) Meeting Date: 11/5/14

Claims Bar Date: 2/6/15; GOVT 3/17/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) Ref # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§ 554(a) abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1  Checking acct Republic Bank | 7,256.68 | 7,256.68 | | 7,256.68 | FA |

TOTALS (Excluding unknown values)     7,256.68          7,256.68

(Total Dollar Amount in Column 6)

Major activities affecting case closing:

Initial Projected Date of Final Report (TFR):     MARCH, 2015         Current Projected Date of Final Report (TFR):     3/18/15

**CASH RECEIPTS AND DISBURSEMENT RECORDS**

Case No.: 14-33960
Case Name: JJC III, LLC dba Sir Speedy
Taxpayer ID#: XX-XXX8616
For Period Ending: 3/31/16

Trustee's Name: Allan J. DeMars
Bank Name: Wells Fargo
Initial CD #: CDI
Blanket bond (per case limit): 5,000,000
Separate bond (if applicable): ___
Checking acct#: XXXXXX5311

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Checking Acct Balance |
| 10/31/14 | Ref 1 | from debtor | Republic Bank checking acct | 1129-000 | 7,256.68 | | 7,256.68 |
| 11/30/14 | | Wells Fargo | check printing and service fees | 1226-000 | | 50.01 | 7,206.67 |
| 12/31/14 | | Wells Fargo | bank service fee | 1226-000 | | 5.00 | 7,201.67 |
| 1/31/15 | | Wells Fargo | bank service fee | 1226-000 | | 5.00 | 7,196.67 |
| 2/28/15 | | Wells Fargo | bank service fee | 1226-000 | | 5.00 | 7,191.67 |
| 4/23/15 | Check 1001 | Allan J. DeMars | trustee's fees | 2100-000 | | 1,475.67 | 5,716.00 |
| 4/23/15 | Check 1002 | Allan J. DeMars | expenses | 2200-000 | | 7.12 | 5,708.88 |
| 4/23/15 | Check 1003 | Discount Labels | 726(a)(2); 15.66039% | 7100-000 | | 42.72 | 5,666.16 |
| 4/23/15 | Check 1004 | Arrow Messenger Service | 726(a)(2); 15.66039% | 7100-000 | | 5.31 | 5,660.85 |
| 4/23/15 | Check 1005 | Sir Speedy, Inc. | 726(a)(2); 15.66039% | 7100-000 | | 5,597.86 | 62.99 |
| 4/23/15 | Check 1006 | Western States Envelope Co. | 726(a)(2); 15.66039% | 7100-000 | | 62.99 | 0.00 |
| | | | | COLUMN TOTALS | 7,256.68 | 7,256.68 | 0.00 |
| | | | | Net | 7,256.68 | 7,256.68 | 0.00 |

TOTAL - ALL ACCOUNTS
Checking# XXXXXX5311
Money Market #
Savings #
CD #CDI
Net

| | NET DEPOSITS | NET DISBURSEMENTS | BALANCES |
|---|---|---|---|
| | 7,256.68 | 7,256.68 | 0.00 |
| | 7,256.68 | 7,256.68 | 0.00 |

```
                                              Excludes account    Excludes payments    Total Funds
                                                 transfers            to debtor           on Hand
```